## Commonwealth *v.* Brown, Appellant.

Argued March 26, 1974. *Harvey L. Anderson*, for appellant; *David Richman*, Assistant District Attorney, with him *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Brumskill, Appellant.

Submitted December 10, 1973. *Daniel Walls* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *David Richman* and *James T. Ranney*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.